JS-6

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 4000
LOS ANGELES, CALIFORNIA 90017

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

ERIC USTIAN, MOST GUYS ARE LOSERS, LLC, and PIER AVENUE FILMS LLC,

Plaintiffs,

v.

JASON SPITALNICK,

Defendant

Case No. 2:22-cv-04607-SVW-E

**ORDER**

Judge: Hon. Stephen V. Wilson
Courtroom: 10A

**ORDER**

Pursuant to the stipulation of the Parties, the complaint against Jason Spitalnick is dismissed in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: October 4, 2022

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 4000
LOS ANGELES, CALIFORNIA 90017

21673059.1